Andres SOSA–TRUJILLO, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 06–72988.

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

552

Submitted April 16, 2007 *.

Filed April 30, 2007.

Andres Sosa–Trujillo, Anaheim, CA, pro se.

District Counsel, Esq., Office of the District Counsel, Los Angeles, CA, Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, San Francisco, CA, Richard M. Evans, Esq., Paul Fiorino, Esq., U.S. Department of Justice, Washington, DC, for Respondent.

Before: O'SCANNLAIN, GRABER, and CLIFTON, Circuit Judges.

MEMORANDUM **

Andres Sosa–Trujillo petitions pro se for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review the denial of a motion to reopen for abuse of discretion, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir.2003), and we deny the petition for review.

The BIA did not abuse its discretion in denying Sosa–Trujillo's motion to reopen as untimely because Sosa–Trujillo filed the motion more than three years after the BIA's September 26, 2002, final order of removal. *See* 8 U.S.C. § 1229a(c)(7)(C)(i) (stating that a motion to reopen must be

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

filed within ninety days of entry of a final administrative order of removal).

**PETITION FOR REVIEW DENIED.**